1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10   VENI WAYNE FONOTI,                    )    1:08-cv-00878-TAG HC
                                          )
11                                         )    ORDER TO ADMINISTRATIVELY CLOSE
                        Petitioner,        )    CASE NO. "1:08-cv-00878-TAG HC"
12                                         )
          v.                               )
13                                         )
      KEN CLARK, Warden,                   )
14                                         )
                        Respondent.        )
15   _____)

16

17        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.  On June 18, 2008, a petition for writ of habeas corpus filed by

19   Petitioner in the United States District Court for the Central District of California on June 4, 2008,

20   was transferred to this Court by order of U.S. District Judge Robert M. Takasugi of the Central

21   Distrist.  The case was opened by the Clerk of the Court as Case No. 1:08-cv-844-TAG.   In that

22   petition, Petitioner challenges the denial of parole by Respondent at a hearing in August 2006.

23        In the same transfer order, Judge Takasugi also ordered the transfer to this Court of another

24   petition originally filed by Petitioner on September 1, 2006 in the Central District challenging

25   Respondent's denial of parole to Petitioner at a hearing held in August 2004.  The Central District had

26   given that petition a Case No. 2:06-cv-05541.  Judge Takasugi transferred the 2006 petition along

27   with the 2008 petition.  On June 16, 2008, this Court received the Central District's transfer

28   documents, opened a new case, and duly assigned the 2006 petition, formerly Central District Case

1  No. 2:06-cv-05541, as Eastern District Case No. 1:08-cv-00853-DLB.

2          On June 23, 2008, for reasons not readily apparent, the Clerk of the Court opened a second

3  case for the former Central District Case No. 2:06-cv-05541, and assigned it as the instant Case No.

4  1:08-cv-00878-TAG.  An examination of the transfer documents and the petitions in the two cases,

5  i.e., 1:08-cv-00853-TAG and 1:08-cv-00878-TAG, confirm that the two petitions are in fact the same

6  petition originally assigned the Central District Case No. 1:06-cv-05541.  It thus appears that Case

7  No. 1:08-cv-00878-TAG was opened in error and that the case is duplicative of Case No. 1:08-00853-

8  DLB.

9          In such circumstances, the appropriate action is to administratively close Case No. 1:08-cv-

10  00878-TAG, and to permit Case No. 1:08-cv-00853-DLB to proceed.  Accordingly, that will be the

11  order of this Court.

12                                              **ORDER**

13          For the foregoing reasons, it is HEREBY ORDERED as follows:

14          1.      The Clerk of the Court is DIRECTED to administratively close Case No. 1:08-cv-

15                  00878-TAG.

16

17  IT IS SO ORDERED.

18  Dated:   **October 7, 2008**                              **/s/ Theresa A. Goldner**
                                                       UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

U.S. District Court
E. D. California                                           2